*NJ Land Dev. Co., Respondent, v. CLM Dev., Inc., et al., Petitioners,* No. 74075-5. Petition for review of a decision of the Court of Appeals, No. 49214-4-I, March 24, 2003, 116 Wn. App. 1019. *Denied* December 2, 2003.

*State, Respondent, v. Glover, Petitioner,* No. 74081-0. Petition for review of a decision of the Court of Appeals, No. 20892-3-III, May 15, 2003, 116 Wn. App. 1075. *Denied* December 2, 2003.

*State, Respondent, v. Bell, Petitioner,* No. 74083-6. Petition for review of a decision of the Court of Appeals, No. 20789-7-III, May 1, 2003, 116 Wn. App. 678. *Denied* December 2, 2003.

*State, Respondent, v. Bady, Petitioner,* No. 74117-4. Petition for review of a decision of the Court of Appeals, No. 49529-1-I, May 5, 2003, 116 Wn. App. 1059. *Denied* December 2, 2003.

*DeLacey, Petitioner, v. Clover Park Sch. Dist., Respondent,* No. 74118-2. Petition for review of a decision of the Court of Appeals, No. 28452-9-II, May 9, 2003, 117 Wn. App. 291. *Denied* December 2, 2003.

*Vines, et al., Petitioners, v. Niehoff, Respondent,* No. 74121-2. Petition for review of a decision of the Court of Appeals, No. 50706-1-I, May 12, 2003, 116 Wn. App. 1070. *Denied* December 2, 2003.

*Brunhaver, et al., Respondents, v. Roche, et al., Petitioners,* No. 74122-1. Petition for review of a decision of the Court of Appeals, No. 50542-4-I, March 31, 2003, 116 Wn. App. 1028. *Denied* December 2, 2003.

*State, Petitioner, v. Garnett, Respondent,* No. 74123-9. Petition for review of a decision of the Court of Appeals, No. 49372-8-I, April 14, 2003, 116 Wn. App. 1038. *Denied* December 2, 2003.